Argued June 23, reversed July 6, rehearing denied July 27, 1915.

## GRIFFITH *v.* WILLAMETTE VALLEY SOUTHERN RY. CO.

(150 Pac. 254.)

From Clackamas: JAMES U. CAMPBELL, Judge.

This is a suit by George E. Griffith against the Willamette Valley Southern Railway Company, a corporation, in which a decree was rendered in favor of defendant, and plaintiff appeals.

REVERSED. REHEARING DENIED.

For appellant there was a brief over the name of *Messrs. C..D.* and *D. C. Latourette,* with an oral argument by *Mr. Charles D. Latourette.*

For respondent there was a brief over the names of *Mr. O. D. Eby* and *Messrs. Clarke, Skulason & Clark,* with oral arguments by *Mr. Eby* and *Mr. A. E. Clark.*

Department 1.    MR. JUSTICE BURNETT delivered the opinion of the court.

The issues in this case are substantially the same as in *Tooze* v. *Willamette Valley Southern Ry. Co., ante,* p. 157 (150 Pac. 252). Based upon the doctrine of the opinion in that case, the decree of the Circuit Court is reversed and one here entered remanding the cause to that court for further proceedings not inconsistent with the principles laid down in the opinion rendered in the *Tooze Case.*

REVERSED. REHEARING DENIED.

MR. CHIEF JUSTICE MOORE, MR. JUSTICE MCBRIDE and MR. JUSTICE BENSON concur.